

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  CYNTHIA C NARVAEZ

**Order Filed on May 28, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  26-12423SLM**

**Hearing Date:  5/27/2026**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

  The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 28, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   CYNTHIA C NARVAEZ

Case No.:  26-12423SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 05/27/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through May 2026 and same must be received and posted by the Trustee by 6/5/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/24/2026 at 9:45 AM.