UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
The Bank of New York Mellon Trust Company,
N.A., successor-in-interest to JPMorgan Chase Bank,
N.A., as Trustee for MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2005-8, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2005-
8

In Re:
Cynthia C Narvaez
Debtor

Case No.:  26-12423 SLM

Hearing Date: 5/27/2026 @ 8:30am

Judge:  Stacey L. Meisel

Order Filed on June 11, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

 The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: June 11, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:            Cynthia C Narvaez
Case No.:          26-12423 SLM
Caption:           **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                   DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon Trust Company, N.A., successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8, holder of a mortgage on real property located at 2 Sunset Avenue, Bayonne, NJ 07002, Matthew Fissel appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which is Claim # 8 on the claims register through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.