**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  CYNTHIA C NARVAEZ

**Order Filed on June 25, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  26-12423SLM**

**Hearing Date:  6/24/2026**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 25, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   CYNTHIA C NARVAEZ

Case No.:  26-12423SLM

Caption of Order:       INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/24/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through June 2026 and same must be received and posted by the Trustee by 7/8/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide Profit and Loss statements and bank statements for the non-filing spouse for the timeframe of 3/1/2026 through 5/31/2026 by 7/10/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide the Trustee with a certification from the Debtor and non-filing spouse to support and justify the increase in plan payments by 7/8/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/22/2026 at 9:45 AM.