**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  CYNTHIA C NARVAEZ

**Order Filed on June 25, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  26-12423SLM**

**Hearing Date:  6/24/2026**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 25, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  26-12423SLM

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/24/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through June 2026 and same must be received and posted by the Trustee by 7/8/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide Profit and Loss statements and bank statements for the non-filing spouse for the timeframe of 3/1/2026 through 5/31/2026 by 7/10/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide the Trustee with a certification from the Debtor and non-filing spouse to support and justify the increase in plan payments by 7/8/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/22/2026 at 9:45 AM.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-12423-SLM

Cynthia C Narvaez                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 1

Date Rcvd: Jun 25, 2026                    Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID              Recipient Name and Address**
db                      +  Cynthia C Narvaez, 2 Sunset Avenue, Bayonne, NJ 07002-2209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name                           Email Address**

Herbert B. Raymond
                                on behalf of Debtor Cynthia C Narvaez herbertraymond@gmail.com
                                raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

Matthew K. Fissel
                                on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-8, MORTGAGE PASS-THROUGH CERTIFICATES, SE bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4