Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622 PHONE : (408) 519-6711 FAX
Email: ESQ5622@GMAIL.COM
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond
Attorneys for the Debtor(s)

-------------------------------------------------------------

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | |
| CYNTHIA NARVAEZ | CASE NO. 26-12423 |
| | |
| | |
| DEBTOR(S). | |
| | |

-------------------------------------------------------------

**CERTIFICATION RELATING TO INCREASE IN TRUSTEE PAYMENTS IN THE NEXT 18 MONTHS ( INCREASED BUSINESS INCOME BY DEBTOR'S NON-FILING SPOUSE)**

I, CYNTHIA NARVAEZ AND WILSON NARVAEZ OF FULL AGE, HEREBY CERTIFY AS FOLLOWS:

I , Wilson Narvaez ( debtor's spouse) recently started the joint operation of a small Ecuadorian Restaurant named La Casa Del Bolon Restaurant located in Newark, NJ.  I have been involved in the full-time operation of the restaurant / business since November 2025.

My initial and current salary / distribution, from the restaurant, is currently $400.00 dollars per week or $1600.00 dollars per month.  I expect this income to increase to about $7000.00 dollars per month or 1750.00 per week in the next 18 months, estimated.  It is not unreasonable to expect such an increase due to the success of the restaurant, the reduction of costs / expenses , the increase in business through website and delivery applications , the reduction and allocation of 1099

workers / employees and my continued dedication and hard work to grow the business / restaurant.

The restaurant is a recent business and startup.  All start up businesses have fixed and other variable costs at the beginning.  We made some larger equipment purchases and other larger expenses in the past few months.  These larger expenses and purchases reduced income and profitability. Since these larger expenses and issues are now resolved , I expect net business income, of the restaurant, to increase with time and in the next 18 months.

The business now has a fully functioning web-site where customers can place orders on-line. We are also now setup as to several delivery applications including but not limited to Door Dash and Uber Eats.  These delivery applications and on-line ordering will increase business and business revenue in the future and in the next 18 months. This will allow more flexibility and expanding delivery options for clients.

The business is currently rated 4 stars to 5 stars on Yelp and other websites. The business is gaining a reputation as to good service and good food.  This positive on-line endorsement will increase business and business revenue.  Business with similar on-line ratings have realized significant success and increases in net business revenue.

In the past 30 days, we made some staffing changes as to the business.  The business eliminated one employee / 1099 contractor. Due to changes in business orders, I / we were able to reduce staffing and employee / 1099 workers.  This reduction in fixed costs will allow the business and myself to earn more

monies.  The reduction in staff and other expanses , due to business changes, will increase income and income in the next 18 months.

I , Wilson Narvaez, currently work about 65 hours per week or more.  I am committed to growing the business and increasing business income.  I believe through my hard work and long hours of work the business income will increase and grow.  It is not unreasonable , for a restaurant manage and owner, to earn $115,000 dollars or more on an annual basis. The trustee / court should also consider how hard I am working to achieve this goal. It is expected that my salary and business will increase in the next 18 months due to my long hours and hard work.

I certify that the foregoing statements are true.  I further certify that if any of the foregoing statements are wilfully false, I am subject to punishment.

/S/ CYNTHIA NARVAEZ,  DEBTOR
/S/ WILSON NARVAEZ , DEBTOR'S NON-FILING SPOUSE

In re   **Cynthia C Narvaez** _____   Case No.   **26-12423** _____

Debtor(s)

## SCHEDULE I - YOUR INCOME
### Attachment A

# DEBTOR AND DEBTOR'S SPOUSE TO BE ABLE TO PAY HIGHER TRUSTEE'S PAYMENTS IN THE FUTURE DUE TO THE FOLLOWING CHANGES IN THEIR FINANCES:

* Debtor's spouse recently began self-employment as a joint owner of a restaurant. Spouse is only currently taking a small salary to allow business to grow and improve.  Spouse expects self-employment business income to increase by at least $7000.00 dollars, estimated per month in the next 18 months. Such an increase is highly likely due to the success of the restaurant and the long hours of work, that the spouse devotes to improving and increasing, the restaurant's income and the restaurant's success.

* One of debtor's automobile to end in about two years, estimated. The other automobile to end in about three years, estimated.  When the two automobile loans are complete this will assist debtor to make higher trustee payments.

* Debtor was previously working a part-time job.  Debtor will likely be seeking additional part-time employment.  Additional part-time income will assist pay higher trustee payments.

* Debtor expects to raise monthly rents in the next 24 months, estimated.  This will also assist to pay higher trustee payments.

* Debtor's two sons likely to obtain part-time employment in the next 24 months, estimated.  This will reduce household expenses, as paid by debtor. This will also assist with higher trustee payments in the future.