Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26–12423–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia C Narvaez
   2 Sunset Avenue
   Bayonne, NJ 07002

Social Security No.:
   xxx–xx–8875

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/23/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 24, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-12423-SLM

Cynthia C Narvaez                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: 148 | Total Noticed: 126 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia C Narvaez, 2 Sunset Avenue, Bayonne, NJ 07002-2209 |
| 521021799 | + | AIS Services LLC, 50 California Street Ste 150, San Francisco, CA 94111-4612 |
| 521021801 | + | Alliance One, 4797 Ruffner Street, San Diego, CA 92111-1519 |
| 521021803 | | AllianceOne-F, P0 Box 960, Plymouth Meeting, PA 19462 |
| 521079242 | + | American First Finance, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 521021811 | + | Bayonne Municipal Utilities Authority, PO Box 1289, Bayonne, NJ 07002-6289 |
| 521021813 | + | Bayonne Municipal Utilities Authority, PO Box 16, Bayonne, NJ 07002-0016 |
| 521021838 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 521022500 | | MTA Bridges and Tunnels, Randall's Island, New York, NY 10035 |
| 521021850 | | McCalla Raymer Leibert Pierce, 485 US Highway Route 1 South, Building F, Suite 300, Iselin, NJ 08830 |
| 521021851 | | McCalla Raymer Leibert Pierce LLP, 485 US Highway Ruote 1 South, Building F, Suite 300, Iselin, NJ 08830 |
| 521022501 | + | NCB Services, Inc., 655 Pullman Avenue, Rochester, NY 14615-3334 |
| 521022503 | + | NCB Management Services, 49 Winter Street, Weymouth, MA 02188-3367 |
| 521022507 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 521022505 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 521021884 | | Resurgent Capital, PO Box 40497, Greenville, SC 29603 |
| 521021886 | | Rocket Mortgage, 1050 Woodland Avenue, Detroit, MI 48226 |
| 521022513 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 521021902 | + | United Auto Credit Company, Attn: Bankruptcy, P0 Box 163049, Fort Worth, TX 76161-3049 |
| 521021905 | + | Veolia Water, 53 State Street, 14th Floor, Boston, MA 02109-3205 |
| 521021907 | + | Veolia Water, PO Box 4040, Bayonne, NJ 07002-8040 |
| 521021906 | + | Veolia Water, 69 Devoe Place, Hackensack, NJ 07601-6105 |
| 521021904 | + | Veolia Water, Customer Service Center, 500 Frank W Burr Blvd , Mailbox 21, Teaneck, NJ 07666-6804 |
| 521021909 | + | Veolia Water NJ, PO Box 371804, Pittsburgh, PA 15250-7804 |
| 521022516 | | Veolia Water Service, PO Box 40122, Newark, NJ 07101-4001 |
| 521021914 | + | Wilson Narvaez, 2 Sunset Avenue, Bayonne, NJ 07002-2209 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521021796 | + | Email/Text: bncnotifications@pheaa.org | Jul 24 2026 21:26:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 521021797 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2026 21:36:08 | Affirm, PO Box 201209, Dallas, TX 75320-1209 |
| 521021798 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2026 21:36:13 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 521021800 | + | Email/Text: kristin.villneauve@allianceoneinc.com | | |

| | | | |
|---|---|---|---|
| | | Jul 24 2026 21:26:00 | Alliance One, PO Box 3100, Southeastern, PA 19398-3100 |
| 521021802 | + Email/Text: kristin.villneauve@allianceoneinc.com | | |
| | | Jul 24 2026 21:26:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 521021804 | + EDI: GMACFS.COM | | |
| | | Jul 25 2026 00:51:00 | Ally Financial, Inc, Attn: Bankruptcy, P0 Box 380901, Bloomington, IL 55438-0901 |
| 521021805 | + EDI: GMACFS.COM | | |
| | | Jul 25 2026 00:51:00 | Ally Financial, Inc, P0 Box 380901, Bloomington, MN 55438-0901 |
| 521021806 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 24 2026 21:26:00 | American Education Services, Attn: Bankruptcy, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 521021807 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 24 2026 21:26:00 | American Education Services, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 521021808 | + EDI: JCAFF | | |
| | | Jul 25 2026 00:51:00 | American First Finance, Attn: Bankruptcy, P.O. Box 565848, Dallas, TX 75356-5848 |
| 521021810 | + EDI: JCAFF | | |
| | | Jul 25 2026 00:51:00 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 521021809 | + EDI: JCAFF | | |
| | | Jul 25 2026 00:51:00 | American First Finance, 3100 Olympus Blvd., Coppell, TX 75019-5472 |
| 521021818 | EDI: CAPITALONE.COM | | |
| | | Jul 25 2026 00:51:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 521021815 | + EDI: CAPITALONE.COM | | |
| | | Jul 25 2026 00:51:00 | Capital One, AttN: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 521021817 | + EDI: CAPITALONE.COM | | |
| | | Jul 25 2026 00:51:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521021816 | + EDI: CAPITALONE.COM | | |
| | | Jul 25 2026 00:51:00 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 521021819 | + EDI: CAPITALONE.COM | | |
| | | Jul 25 2026 00:51:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 521021821 | + EDI: JPMORGANCHASE | | |
| | | Jul 25 2026 00:51:00 | Chase Bank, PO Box 901038, Fort Worth, TX 76101-2038 |
| 521021820 | EDI: JPMORGANCHASE | | |
| | | Jul 25 2026 00:51:00 | Chase bank, PO Box 280180, Baton Rouge, LA 70826 |
| 521021822 | ^ MEBN | | |
| | | Jul 24 2026 21:21:17 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 521021823 | ^ MEBN | | |
| | | Jul 24 2026 21:21:17 | Cherry Technologies Inc, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 521021824 | + EDI: CITICORP | | |
| | | Jul 25 2026 00:51:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521021825 | + EDI: CITICORP | | |
| | | Jul 25 2026 00:51:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521021827 | + EDI: WFNNB.COM | | |
| | | Jul 25 2026 00:51:00 | Comenity, PO Box 650964, Dallas, TX 75265-0964 |
| 521021826 | + EDI: WFNNB.COM | | |
| | | Jul 25 2026 00:51:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 521021828 | + EDI: CITICORP | | |
| | | Jul 25 2026 00:51:00 | Costco Citi Card, P0 Box 6190, Sioux Falls, SD 57117-6190 |
| 521021829 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 24 2026 21:25:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 521021831 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 24 2026 21:25:48 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |

District/off: 0312-2                          User: admin                                    Page 3 of 7

Date Rcvd: Jul 24, 2026                       Form ID: 148                                    Total Noticed: 126

| | | | |
|---|---|---|---|
| 521022499 | | EDI: CITICORP | |
| | | | Jul 25 2026 00:51:00 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 521021848 | | EDI: CITICORP | |
| | | | Jul 25 2026 00:51:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 521021835 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | | Jul 24 2026 21:27:00 | ECMC, Lock Box 8639, PO Box 75848, SAINT PAUL, MN 55175 |
| 521021837 | ^ | MEBN | |
| | | | Jul 24 2026 21:23:30 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 521021840 | + | Email/Text: bankruptcy@firstelectronic.com | |
| | | | Jul 24 2026 21:28:00 | First Electronic Bank, Attn: Bankruptcy, P0 Box 521271, Salt Lake City, UT 84152-1271 |
| 521021841 | + | EDI: JEFFERSONCAP.COM | |
| | | | Jul 25 2026 00:51:00 | Jefferson Capital, PO Box 17210, Golden, CO 80402-6020 |
| 521021842 | + | EDI: JEFFERSONCAP.COM | |
| | | | Jul 25 2026 00:51:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 521021843 | + | EDI: JEFFERSONCAP.COM | |
| | | | Jul 25 2026 00:51:00 | Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 521021844 | + | EDI: CAPITALONE.COM | |
| | | | Jul 25 2026 00:51:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 521021845 | + | EDI: CAPITALONE.COM | |
| | | | Jul 25 2026 00:51:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 521021846 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jul 24 2026 21:36:01 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 521021847 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jul 24 2026 21:36:10 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 521088658 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jul 24 2026 22:08:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521034187 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | | Jul 24 2026 21:25:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521021858 | | Email/Text: EBN@Mohela.com | |
| | | | Jul 24 2026 21:26:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521021856 | | Email/Text: EBN@Mohela.com | |
| | | | Jul 24 2026 21:26:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521021865 | | Email/Text: bankruptcynotice@nymcu.org | |
| | | | Jul 24 2026 21:28:00 | Municipal Credit Union, 22 Cortlandt Street, New York, NY 10007 |
| 521021849 | + | EDI: CITICORP | |
| | | | Jul 25 2026 00:51:00 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 521021852 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | | Jul 24 2026 21:25:33 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 521021853 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | | Jul 24 2026 21:25:41 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 521021854 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | | Jul 24 2026 21:27:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 521021860 | ^ | MEBN | |
| | | | Jul 24 2026 21:22:42 | Mohela, PO Box 790453, Saint Louis, MO 63179-0453 |
| 521021864 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jul 24 2026 21:26:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521021862 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jul 24 2026 21:26:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 521021863 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jul 24 2026 21:26:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 521021866 | | Email/Text: bankruptcynotice@nymcu.org | |
| | | | Jul 24 2026 21:28:00 | Municipal Federal Credit Union, PO Box 3205, New York, NY 10007 |
| 521022502 | ^ | MEBN | |
| | | | Jul 24 2026 21:21:21 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |

| ID | Method | Date/Time | Address |
|---|---|---|---|
| 521021836 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 24 2026 21:26:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 521021873 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 24 2026 21:26:00 | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650 |
| 521021874 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 24 2026 21:26:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 521022504 | Email/Text: bankruptcy@thruway.ny.gov | Jul 24 2026 21:27:00 | New York Thruway Authority, Attn: Legal Department, 200 Southern Boulevard, PO Box 189, Albany, NY 12201 |
| 521021867 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 21:27:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 521021870 | + Email/Text: netcreditbnc@enova.com | Jul 24 2026 21:28:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 521021869 | + Email/Text: netcreditbnc@enova.com | Jul 24 2026 21:28:00 | Netcredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 521021868 | + Email/Text: netcreditbnc@enova.com | Jul 24 2026 21:28:00 | Netcredit, Attn: Bankruptcy Dept., 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 521021876 | EDI: PRA.COM | Jul 25 2026 00:51:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 521021875 | EDI: PRA.COM | Jul 25 2026 00:51:00 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 521021877 | + Email/Text: signed.order@pfwattorneys.com | Jul 24 2026 21:26:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 521021878 | + Email/Text: signed.order@pfwattorneys.com | Jul 24 2026 21:26:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 521021871 | + Email/Text: signed.order@pfwattorneys.com | Jul 24 2026 21:26:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 521022506 | ^ MEBN | Jul 24 2026 21:21:59 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521021880 | + EDI: Q3G.COM | Jul 25 2026 00:51:00 | Quatum Group, PO Box 788, Kirkland, WA 98083-0788 |
| 521021881 | + EDI: Q3G.COM | Jul 25 2026 00:51:00 | Quatum3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 521022508 | + Email/Text: bankruptcy@republicbank.com | Jul 24 2026 21:28:00 | Republic Bank and Trust Company, 601 West Market Street, Louisville, KY 40202-2700 |
| 521021882 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:01 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 521021883 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:01 | Resurgent Capital, 15 S Main Street, Suite 600, Greenville, SC 29601-2768 |
| 521021885 | + Email/Text: OpsCompliance@RocketLoans.com | Jul 24 2026 21:27:00 | Rocket Loans, Attn: Bankruptcy, 1274 Library Street, Detroit, MI 48226-2256 |
| 521021888 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 24 2026 21:28:00 | Rocket Mortgage, PO Box 442359, Detroit, MI 48244-2359 |
| 521021887 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 24 2026 21:28:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 521021892 | Email/Text: bankruptcy@sunbit.com | Jul 24 2026 21:26:00 | SUNBIT, 10880 Wilshire Blvd, Suite 870, Los Angeles, CA 90024 |
| 521021890 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2026 21:27:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 521021891 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2026 21:27:00 | Santander Financial Services, PO Box 105255, Atlanta, GA 30348-5255 |
| 521021896 | + EDI: SYNC | | |

|  |  |  | Jul 25 2026 00:51:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 521021895 | + | EDI: SYNC | Jul 25 2026 00:51:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 521021894 | + | EDI: SYNC | Jul 25 2026 00:51:00 | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 521021893 | + | EDI: SYNC | Jul 25 2026 00:51:00 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 521021897 |  | EDI: TDBANKNORTH.COM | Jul 25 2026 00:51:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 521021898 |  | EDI: TDBANKNORTH.COM | Jul 25 2026 00:51:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 521036714 | ^ | MEBN | Jul 24 2026 21:22:43 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 521045736 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 24 2026 21:27:00 | The Bank of New York Mellon, Trust Company, N.A.,, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 521213214 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2026 21:26:00 | The Bank of New York Mellon Trust Company, N.A, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 521021899 | + | Email/Text: panynjbankruptcynotices@panynj.gov | Jul 24 2026 21:27:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |
| 521021900 | + | Email/Text: panynjbankruptcynotices@panynj.gov | Jul 24 2026 21:27:00 | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 521022515 | ^ | MEBN | Jul 24 2026 21:22:34 | Tolls By Mail Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 521021901 | + | Email/Text: bankruptcy@uacc.net | Jul 24 2026 21:26:00 | United Auto Credit Co, 17752 Sky Park Circle Ste 150, Irvine, CA 92614-4468 |
| 521066816 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Jul 24 2026 21:26:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 521021910 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 24 2026 21:27:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |
| 521021912 | ^ | MEBN | Jul 24 2026 21:21:25 | Westlake Portfolio Management, Westlake Portfolio Management, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 521021913 | ^ | MEBN | Jul 24 2026 21:21:26 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, P0 Box 76809, Los Angeles, CA 90076-0809 |
| 521053194 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 22:08:32 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 100

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521021812 | *+ | Bayonne Municipal Utilities Authority, PO Box 1289, Bayonne, NJ 07002-6289 |
| 521021814 | *+ | Bayonne Municipal Utilities Authority, PO Box 16, Bayonne, NJ 07002-0016 |
| 521022495 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521022496 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521021830 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |

| 521021832 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 521021833 | *+ | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 521021834 | *+ | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 521022497 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8053, Mason, OH 45040 |
| 521021839 | * | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 521021859 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521021857 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521022498 | *+ | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 521021855 | *+ | Midland Credit Management Inc, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 521021861 | *+ | Mohela Inc., 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 521021879 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 521021872 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, New Century Financial LLC, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 521021889 | * | Rocket Mortgage Inc., 1050 Woodland Avenue, Detroit, MI 48226 |
| 521022511 | *+ | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 521022509 | *+ | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 521022510 | *+ | Synchrony Bank, P0 Box 71757, Philadelphia, PA 19176-1757 |
| 521022512 | *+ | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |
| 521022514 | *+ | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 521021903 | *+ | United Auto Credit Company, Attn: Bankruptcy, P0 Box 163049, Fort Worth, TX 76161-3049 |
| 521021908 | *+ | Veolia Water, PO Box 4040, Bayonne, NJ 07002-8040 |
| 521021911 | *+ | Westlake Financial Services Inc, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Herbert B. Raymond | on behalf of Debtor Cynthia C Narvaez herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Westlake Services  LLC d/b/ a Westlake Financial Services laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for MASTR ADJUSTABLE RATE MORTGAGES TRUST 2005-8, MORTGAGE PASS-THROUGH CERTIFICATES, SE bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 7 of 7
Date Rcvd: Jul 24, 2026                                 Form ID: 148                                 Total Noticed: 126
TOTAL: 5