UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on August 18, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

CYNTHIA NARVAEZ, DEBTOR(S)

Case No.: 26-12423 (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 18, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Cynthia Narvaez, Debtor(s)

Case no. 26-12423 (SLM)

Caption of order: Order Granting Counsel Fees

---

The applicant having certified that legal work has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$4,750.00** for services rendered and expenses in the amount **$0.00** for a total of **$4,750.00.** The allowance shall be payable

___XXXX___ through the Chapter 13 plan as an administrative priority.

**THE AMOUNT OF $3,750 TO BE PAID THROUGH PLAN AS AN ADMINISTRATIVE EXPENSE. (PRESENTLY THE TRUSTEE IS HOLDING THE AMOUNT OF $1,974.00 ON HAND SO THIS AMOUNT SHALL BE PAID BY THE TRUSTEE)**

__XXX__ outside the plan.

**THE AMOUNT OF $1,000 PAID OUTSIDE PLAN AS ORIGINAL RETAINER PAYMENT.**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.